M. P. No. 75-178. MOHAMMED ABIRI *v.* TERRY ELLEN ABIRI. Motion for extension of time to July 16, 1975 for transmitting of the record is granted. *Isidore Kirshenbaum*, for plaintiff-appellant. *Leonard A. Kamaras*, for defendant-appellee.